IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CR-355-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ALEXANDER RICKEY SHAW, JR., | ) | |
| | ) | |
| Defendant. | ) | |

On June 2, 2021, Alexander Rickey Shaw, Jr.("Shaw" or "defendant"), moved to reduce his sentence under 28 U.S.C. § 2255 [D.E. 182]. On September 8, 2021, the government responded in opposition [D.E. 197]. On October 25, 2021, the court denied the motion to dismiss and referred the case to Magistrate Judge Gates for a prompt evidentiary hearing and memorandum and recommendation [D.E. 205].

The court now changes the magistrate judge referral and refers the case to Magistrate Judge Numbers for a prompt evidentiary hearing and memorandum and recommendation.

SO ORDERED. This 1 day of November, 2021.

JAMES C. DEVER III
United States District Judge